# Third District Court of Appeal
## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0915
Lower Tribunal Nos. F18-022304; F18-022305; F18-022306, F18-022307,
F18-022437, F18-022552, F18-025149 & F18-025150

_____

**Richard Anthony Jones,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Richard Anthony Jones, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed.